THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY L. BAILEY, Appellant. [661 NYS2d 808] —Judgment unanimously affirmed. Memorandum: Defendant contends that the verdict convicting him of manslaughter in the second degree is against the weight of the evidence because the proof that he was alone with the infant at home at the time of the infant's death was not conclusive. We disagree. There was expert testimony regarding the time of death of the infant, as well as testimony that defendant was alone with the infant at that time. Although defendant presented testimony of an expert challenging the time of death, resolution of credibility issues is a task within the province of the jury (see, People v Gruttola, 43 NY2d 116, 122). Thus, there is support in the record for the verdict (see, People v Bleakley, 69 NY2d 490, 495). Given the gravity of the crime, Supreme Court properly denied defendant's request to be granted youthful offender status (see,

*People v Cruickshank*, 105 AD2d 325, 334, *affd sub nom. People v Dawn Maria C.,* 67 NY2d 625). Finally, there is no merit to the contention that the sentence is unduly harsh or severe (*see, People v Murphy*, 136 AD2d 969, *lv denied* 70 NY2d 1009). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.